IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01908-RPM

ANGEL SALATHE,

    Plaintiff,

v.

INTEGRITY SOLUTION SEVICES, INC.,

    Defendant.

_____

ORDER FOR EARLY CONFERENCE
_____

    To facilitate prompt resolution of this action with a minimum of expense by determining the parties' positions before any further pleadings or discovery, it is

    ORDERED that a preliminary conference will be held with counsel by telephone at a time to be scheduled during which counsel will be expected to advise of their client's respective positions and what factual and legal issues may require adjudication.

    DATED: August 16th, 2013

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge